UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.: | 3:20-cr-00019-JBA-1 |
| | ) | | 3:18-cr-00246-JBA-1 |
| -v- | ) | | |
| | ) | | |
| **ARCADIO DONES** | ) | MARCH 3, 2022 | |

### CONSENT MOTION TO GIVE EFFECT TO DECEMBER 22, 2021 REDUCTION IN SENTENCE TO ALL ASPECTS OF DEFENDANT DONES' SENTENCE

Defendant Arcadio Dones, on consent, respectfully moves the Court to give effect to its December 22, 2021 Ruling Granting Defendant's Motion for Compassionate Release with Modification (the Ruling) by clarifying that the Ruling applies to not only 18CR246(JBA), but also the companion case, 20CR19(JBA).

It is the understanding of the undersigned that BOP has declined to change Mr. Dones' release date to reflect the new, sixty-month sentence (instead of the prior 100-month sentence) as ordered in the Ruling. BOP's rationale is apparently that the Ruling was docketed only in 18CR246(JBA), and not in the companion case, 20CR19(JBA). Therefore, evidently, in BOP's view, Mr. Dones technically remains sentenced to 100 months' imprisonment, as well as 60 months' imprisonment.

It was the understanding of the undersigned that the Court's Ruling was intended to apply to both cases. For instance, on page one of the Ruling, the Court discussed both cases, strongly indicating that the 100-month sentence applied to both, and that therefore the reduction to 60 months' imprisonment applied to both. Moreover, the briefing of both parties on the motion for compassionate release had been captioned with the docket number of both cases. Argument

JRS/D1005/1001/1816374v1
03/03/22-HRT/BD

proceeded on the unspoken assumption that the sentence on both counts, in both cases, was at issue. The undersigned believes that the lack of application of the Ruling to both cases is based upon, essentially, a misunderstanding.

The Government has advised that it believes the BOP will apply the reduction in sentence if the Ruling is entered on the docket on 20CR19(JBA), as well as 18CR246(JBA). Accordingly, Defendant Dones requests this relief.

The Government has indicated that it consents to this request.

WHEREFORE, Defendant Arcadio Dones respectfully requests that the Court enter the Ruling Granting Defendant's Motion for Compassionate Release with Modification on the docket in not only 18CR246(JBA), but also the companion case, 20CR19(JBA), and grant such other relief as may be necessary to give effect to the Court's Ruling.

Dated at Southport, Connecticut, this 3rd day of March, 2022.

Respectfully submitted,

By: /s/ James Ross Smart
James Ross Smart (ct20982)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT 06890
Tel.   (203) 319-4039
Fax   (203) 259-0251
jsmart@mdmc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ James Ross Smart
James Ross Smart

JRS/D1005/1001/1816374v1
03/03/22-HRT/BD